# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PHYLLIS GARCIA,<br><br>     Plaintiff,<br><br>vs.<br><br>TACO JOHN'S INTERNATIONAL, INC.,<br>a Wyoming corporation,<br><br>     Defendant. | CV-21-12-BU-BMM<br><br>**ORDER** |

Counsel for Plaintiff has filed a Motion to Withdraw as counsel of record in this matter. (Doc. 24). Counsel attached to the Motion a Consent to Withdrawal, executed by Plaintiff on May 27, 2021. Pursuant to Local Rule 83.3(b)(2)(A), Plaintiff's written consent must contain an acknowledgment, however, of "the client's obligation immediately to retain new counsel or appear *pro se*." The Consent to Withdrawal executed by Plaintiff and filed by Counsel did not contain this required acknowledgement. The Court will defer ruling on the Motion to Withdrawal until Counsel files an amended Motion for Leave to Withdraw that complies with the requirements of Local Rule 83.3.

Accordingly, **IT IS ORDERED** that Counsel for Plaintiff must file an Amended Motion for Leave to Withdraw, or, alternatively, retract his withdrawal motion, on or before June 4, 2021. The Court defers ruling on the Motion until that time.

Dated this 27th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court